| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>AUG 19 2021<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>DESCENDENT STUDIOS, INC., a Texas corporation and ERIC PETERSON, an individual,<br><br>   Defendants - Appellees. | No. 21-55852<br><br>D.C. No. 8:20-cv-00089-DOC-JDE<br>U.S. District Court for Central California, Santa Ana<br><br>**ORDER** |

 The Court of Appeals' records do not indicate that appellant has filed a Mediation Questionnaire in accordance with Circuit Rule 3-4.

 Within seven (7) days of the filing of this order, appellant shall: (a) file a Mediation Questionnaire (available on the court's website, www.ca9.uscourts.gov), or (b) dismiss the appeal voluntarily pursuant to Fed. R. App. P. 42(b).

 Information about the mediation program may be found on the court's website: www.ca9.uscourts.gov/mediation.

                FOR THE COURT:

                Lynn Warton
lw/mediation                 Deputy Clerk