UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 07 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>DESCENDENT STUDIOS, INC., a Texas corporation, and ERIC PETERSON, an individual,<br><br>        Defendants - Appellees. | No. 21-55852<br><br>D.C. No. 8:20-cv-00089-DOC-JDE<br>U.S. District Court for Central California, Santa Ana<br><br>**ORDER**<br><br>**(DIAL-IN CONFERENCE)** |

    The **dial-in** telephone assessment conference originally scheduled for September 15, 2021, is rescheduled to September 20, 2021, at 10:00 a.m. Pacific Time.

    Each participant will receive an email modifying the dial-in information. Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.

    FOR THE COURT:

    Kyungah Suk
    Circuit Mediator

cl/mediation