Appeal No. 21-55852

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

LITTLE ORBIT, LLC
Plaintiff – Appellant,

vs.

DESCENDENT STUDIOS INC. and ERIC PETERSON,
Defendants – Appellees

_____

On Appeal from the United States District Court for the Central District of California
Civil Action No. 8:20-cv-00089-DOC-JDE, Hon. David O. Carter, Judge

_____

# APPELLANT'S MOTION TO FILE CONFIDENTIAL SETTLEMENT INFORMATION IN SUPPORT OF EMERGENCY MOTION FOR STAY UNDER SEAL PURSUANT TO NINTH CIR. R. 27-13

_____

M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LAW OFFICES OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
Telephone: (949) 677-6434

Attorneys for Plaintiff/Appellant, LITTLE ORBIT LLC

1

# MOTION TO FILE CONFIDENTIAL SETTLEMENT INFORMATION UNDER SEAL PURUSANT TO NINTH CIR. R. 27-13

Appellant LITTLE ORBIT LLC respectfully requests the Court to allow documents filed under seal in the District Court to be filed under seal in this action. This appeal concerns a July 27, 2021, Order by the District Court addressing a Binding Settlement Terms Sheet ("BSTS") entered into between the parties and filed under seal by the District Court. That agreement is confidential and portions of the at issue Motions were similarly filed under seal in the District Court to protect the financial terms of such settlement.

Allowing documents referring to the financial terms of the BSTS to be filed under seal is necessary to protect the confidentiality of the BSTS and the financial information contained therein. Appellant will file in the public record redacted versions of any document referring to the confidential settlement information that only omits the financial terms of such agreement so that only that limited information is omitted from the public record.

DATED: August 25, 2021       **LAW OFFICES OF M. DANTON RICHARDSON**

By: _/s/ M. Danton Richardson_
M Danton Richardson

*Attorney for Plaintiff/Appellant,*
LITTLE ORBIT LLC

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** | Appeal No. 21-55852

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

[X] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

[ ] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

APPELLANT'S MOTION TO FILE CONFIDENTIAL SETTLEMENT INFORMATION IN SUPPORT OF EMERGENCY MOTION FOR STAY UNDER SEAL PURSUANT TO NINTH CIR. R. 27-13

**Signature** | s/ M. Danton Richardson **Date** | August 25, 2021

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 15** *Rev. 12/01/2018*