Appeal No. 21-55852

IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

_____

LITTLE ORBIT, LLC

Plaintiff – Appellant,

vs.

DESCENDENT STUDIOS INC. and ERIC PETERSON,

Defendants – Appellees

_____

On Appeal from the United States District Court for the Central District of California

Civil Action No. 8:20-cv-00089-DOC-JDE, Hon. David O. Carter, Judge

## APPELLEES' MOTION TO FILE CONFIDENTIAL SETTLEMENT INFORMATION UNDER SEAL

Michael C. Whitticar
VSB No. 32968
NOVA IP Law, PLLC
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel: 571-386-2980
Fax: 855-295-0740
Email: mikew@novaiplaw.com

Nada I. Shamonki (SBN 205359)
Mintz Levin Cohn Ferris Glovsky and Popeo P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
Email: nshamonki@mintz.com

*Attorneys for Defendants/Appellees*
*Descendent Studios Inc. and Eric Peterson*

1

PURSUANT TO NINTH CIR. R. 27-13 Appellees Descendent Studios Inc. and Eric Peterson respectfully request the Court to allow documents and information that was filed under seal in the District Court to be filed under seal in this action. This appeal concerns orders by the District Court addressing a Binding Settlement Terms Sheet ("BSTS") entered into between the parties and filed under seal by the District Court. That agreement is confidential and portions of the motions at issue were similarly filed under seal in the District Court to protect the financial terms of that settlement. Allowing documents referring to the financial terms of the BSTS to be filed under seal is necessary to protect the confidentiality of the BSTS and the financial information contained therein. Appellees will file in the public record redacted versions of any document referring to the confidential settlement information that only omits the financial terms of such agreement so that only that limited information is omitted from the public record.

Dated: September 3, 2021     By: _____

                                                   Michael C. Whitticar
                                                 Nada I. Shamonki

                                            *Attorneys for Defendants/Appellees*
                                            *Descendent Studios Inc. and Eric Peterson*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s) 21-55852**

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**
[X] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**
[ ] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

**APPELLEES' MOTION TO FILE CONFIDENTIAL SETTLEMENT INFORMATION UNDER SEAL**

**Signature** /s/ Nada I. Shamonki          **Date** 9/3/21
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 15**                                                                 *Rev. 12/01/18*