|  |  | **FILED** |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | SEP 21 2021 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

LITTLE ORBIT LLC, a California Limited Liability Company,

        Plaintiff-Appellant,

 v.

DESCENDENT STUDIOS, INC., a Texas corporation; ERIC PETERSON, an individual,

        Defendants-Appellees.

No. 21-55852

D.C. No. 8:20-cv-00089-DOC-JDE
Central District of California,
Santa Ana

ORDER

Before: HAWKINS and LEE, Circuit Judges.

    Appellant's request to exceed the page limits in support of its stay motion (Docket Entry No. 4-3) and appellant's motion to file an oversized reply (Docket Entry No. 16) are granted. The stay motion and reply have been filed.

    The motions to file under seal certain confidential settlement information in support of the parties' briefing on appellant's stay motion (Docket Entry Nos. 6 and 12) are granted. *See* 9th Cir. R. 27-13. The Clerk will publicly file the parties' sealing motions (Docket Entry Nos. 6-1 and 12-1) but will maintain under seal the unredacted filings and exhibits (Docket Entry Nos. 6-2, 6-3, 12-2, and 17).

    Appellant's emergency motion to stay the district court's July 27, 2021 order pending this appeal (Docket Entry No. 4) is denied. Appellant fails to demonstrate

LCC/MOATT

that complying with the challenged order during the pendency of this appeal is likely to result in irreparable injury. *See Doe #1 v. Trump*, 957 F.3d 1050, 1059 (9th Cir. 2020) ("[A stay applicant] has the burden of showing that irreparable injury is likely to occur during the period before the appeal is decided."); *see also Maness v. Meyers*, 419 U.S. 449, 458 (1975) ("If a person to whom a court directs an order believes that order is incorrect the remedy is to appeal, but, absent a stay, he must comply promptly with the order pending appeal."); *Al Otro Lado v. Wolf*, 952 F.3d 999, 1008 (9th Cir. 2020) ("[S]elf-inflicted wounds are not irreparable injury.").

    The opening brief remains due October 12, 2021. The answering brief remains due November 12, 2021. The optional reply brief remains due within 21 days after service of the answering brief.