UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 22 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>DESCENDENT STUDIOS, INC., a Texas corporation and ERIC PETERSON, an individual,<br><br>        Defendants - Appellees. | No. 21-55852<br><br>D.C. No. 8:20-cv-00089-DOC-JDE<br>U.S. District Court for Central California, Santa Ana<br><br>**ORDER**<br><br>**(DIAL-IN CONFERENCE)** |

     A dial-in telephone conference with counsel for appellees <u>only</u> will be held on September 28, 2021, at 2:00 p.m. **Pacific Time.**

     Each participant will receive an email with dial-in information.

     Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.

                                      FOR THE COURT:

                                      Kyungah Suk
cl/mediation                                      Circuit Mediator