Appeal No. 21-55852

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**
_____

LITTLE ORBIT, LLC
Plaintiff – Appellant,

vs.

DESCENDENT STUDIOS INC. and ERIC PETERSON,
Defendants – Appellees

_____

On Appeal from the United States District Court for the Central District of California
Civil Action No. 8:20-cv-00089-DOC-JDE, Hon. David O. Carter, Judge

_____

**APPELLANT'S EXCERPTS OF RECORD**

**INDEX OF EXCERPTS OF RECORD**
_____

M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LAW OFFICES OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
Telephone: (949) 677-6434
Attorneys for Plaintiff/Appellant, LITTLE ORBIT LLC

1

# INDEX TO EXCERPTS OF RECORD

| DATE FILED | USDC Docket No. | DESCRIPTION | PAGE NO. |
|---|---|---|---|
| **VOLUME I** | | | |
| 07/27/2021 | 99 | ORDER DENYING PLAINTIFF'S MOTION TO SET ASIDE THE BINDING SETTLEMENT TERMS 88] AND GRANTING DEFENDANTS' SECOND MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS (96) | 2 |
| **VOLUME II** | | | |
| 07/21/2021 | 96-3 | DECLARATION OF MICHAEL C. WHITTICAR IN SUPPORT OF DEFENDANTS' SECOND MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET, FOR A MONEY JUDGMENT, AND FOR AN AWARD OF ATTORNEYS' FEES | 13 |
| 07/21/2021 | 96-2 | DECLARATION OF ERIC PETERSON IN SUPPORT OF DEFENDANTS' SECOND MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET, FOR A MONEY JUDGMENT, AND FOR AN AWARD OF ATTORNEYS' FEES | 17 |
| 07/21/2021 | 96-1 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' SECOND MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET, FOR A MONEY JUDGMENT, AND FOR AN AWARD OF ATTORNEYS' FEES | 44 |
| 07/21/2021 | 96 | DEFENDANTS' SECOND NOTICE OF MOTION AND MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET, FOR A MONEY JUDGMENT, AND FOR AN AWARD OF ATTORNEYS' FEES | 63 |

| DATE FILED | USDC Docket No. | DESCRIPTION | PAGE NO. |
|---|---|---|---|
| 07/13/2021 | 94-1 | DECLARATION OF MATTHEW SCOTT IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S MOTION TO SET ASIDE THE BINDING SETTLEMENT TERMS SHEET DUE TO DEFENDANTS' FRAUD AND FAILURE TO DELIVER THE ASSETS COVERED BY THE TERMS SHEET OR FOR ALTERNATIVE RELIEF AND FOR AN AWARD OF ATTORNEYS' FEES | 67 |
| 07/13/2021 | 94-2 | REPLY DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S MOTION TO SET ASIDE THE BINDING SETTLEMENT TERMS SHEET DUE TO DEFENDANTS' FRAUD AND FAILURE TO DELIVER THE ASSETS COVERED BY THE TERMS SHEET OR FOR ALTERNATIVE RELIEF AND FOR AN AWARD OF ATTORNEYS' FEES | 76 |
| 07/13/2021 | 94 | PLAINTIFF LITTLE ORBIT LLC'S REPLY IN SUPPORT OF MOTION TO SET ASIDE THE BINDING SETTLEMENT TERMS SHEET DUE TO DEFENDANTS' FRAUD AND FAILURE TO DELIVER THE ASSETS COVERED BY THE TERMS SHEET OR FOR ALTERNATIVE RELIEF AND FOR AN AWARD OF ATTORNEYS' FEES | 81 |
| 07/02/2021 | 91-1 | DECLARATION OF ERIC PETERSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO SET ASIDE BINDING SETTLEMENT TERMS SHEET | 93 |
| 07/02/2021 | 91-2 | DECLARATION OF MICHAEL C. WHITTICAR IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO SET\ ASIDE BINDING SETTLEMENT TERMS SHEET | 113 |

| DATE FILED | USDC Docket No. | DESCRIPTION | PAGE NO. |
|---|---|---|---|
| 07/02/2021 | 91 | DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO SET ASIDE BINDING SETTLEMENT TERMS SHEET | 117 |
| 06/24/2021 | 89 | PLAINTIFF LITTLE ORBIT LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO SET ASIDE THE BINDING SETTLEMENT TERMS SHEET DUE TO DEFENDANTS' FRAUD AND FAILURE TO DELIVER THE ASSETS COVERED BY THE TERMS SHEET OR FOR ALTERNATIVE RELIEF AND FOR AN AWARD OF ATTORNEYS' FEES | 133 |
| 06/24/2021 | 88-1 | DECLARATION OF MATTHEW SCOTT IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S MOTION TO SET ASIDE THE BINDING SETTLEMENT TERMS SHEET DUE TO DEFENDANTS' FRAUD AND FAILURE TO DELIVER THE ASSETS COVERED BY THE TERMS SHEET OR FOR ALTERNATIVE RELIEF AND FOR AN AWARD OF ATTORNEYS' FEES | 172 |
| 06/24/2021 | 88-2 | DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S MOTION TO SET ASIDE THE BINDING SETTLEMENT TERMS SHEET DUE TO DEFENDANTS' FRAUD AND FAILURE TO DELIVER THE ASSETS COVERED BY THE TERMS SHEET OR FOR ALTERNATIVE RELIEF AND FOR AN AWARD OF ATTORNEYS' FEES | 211 |

| DATE FILED | USDC Docket No. | DESCRIPTION | PAGE NO. |
|---|---|---|---|
| 06/24/2021 | 88 | PLAINTIFF LITTLE ORBIT LLC'S\NOTICE OF MOTION AND MOTION TO SET ASIDE THE BINDING SETTLEMENT TERMS SHEET DUE TO DEFENDANTS' FRAUD AND FAILURE TO DELIVER THE ASSETS COVERED BY THE TERMS SHEET OR FOR ALTERNATIVE RELIEF AND FOR AN AWARD OF ATTORNEYS' FEES | 218 |
| 06/17/2021 | 84 | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE | 234 |
| 05/24/2021 | 79 | REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE | 236 |
| 04/16/2021 | 60 | JOINT STIPULATION AND REQUEST FOR COURT TO RETAIN JURISDICTION FOR AN ADDITIONAL SIXTY (60) DAYS FOR THE COURT TO HEAR DESCENDENT'S MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET | 240 |
| 03/19/2021 | 58 | FOURTH JOINT STIPULATION AND REQUEST FOR COURT TO RETAIN JURISDICTION FOR AN ADDITIONAL THIRTY (30) DAYS FOR THE PARTIES TO COMPLETE THEIR SETTLEMENT | 244 |
| **VOLUME III** | | | |
| 06/04/2020 | 32 | DEFENDANTS' ORIGINAL ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FORJURY TRIAL | 249 |
| 05/14/2020 | 28 | FIRST AMENDED COMPLAINT | 270 |
| 08/05/2021 | 101 | *CORRECTED* NOTICE OF APPEAL | 298 |
| | | Docket Report | 311 |

| DATE FILED | USDC Docket No. | DESCRIPTION | PAGE NO. |
|---|---|---|---|
| **VOLUME IV (SEALED DOCUMENTS)** | | | |
| 07/21/2021 | 97 | MEMORANDUM OF POINTS AND AUTHORITIESIN SUPPORT OF DEFENDANTS' SECOND MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET, FOR A MONEY JUDGMENT, AND FOR AN AWARD OF ATTORNEYS' FEES | 325 |
| 07/21/2021 | 97-1 | DECLARATION OF ERIC PETERSON IN SUPPORT OF DEFENDANTS' SECOND MOTION TO ENFORCE THE BINDING SETTLEMENT TERMS SHEET, FOR A MONEY JUDGMENT, AND FOR AN AWARD OF ATTORNEYS' FEES | 344 |
| 07/12/2021 | 93 | PLAINTIFF LITTLE ORBIT LLC'S REPLY IN SUPPORT OF MOTION TO SET ASIDE THE BINDING SETTLEMENT TERMS SHEET DUE TO DEFENDANTS' FRAUD AND FAILURE TO DELIVER THE ASSETS COVERED BY THE TERMS SHEET OR FOR ALTERNATIVE RELIEF AND FOR AN AWARD OF ATTORNEYS' FEES | 377 |
| 07/12/2021 | 93-2 | REPLY DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S MOTION TO SET ASIDE THE BINDING SETTLEMENT TERMS SHEET DUE TO DEFENDANTS' FRAUD AND FAILURE TO DELIVER THE ASSETS COVERED BY THE TERMS SHEET OR FOR ALTERNATIVE RELIEF AND FOR AN AWARD OF ATTORNEYS' FEES | 389 |

| DATE FILED | USDC Docket No. | DESCRIPTION | PAGE NO. |
|---|---|---|---|
| 07/12/2021 | 93-1 | DECLARATION OF MATTHEW SCOTT IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S MOTION TO SET ASIDE THE BINDING SETTLEMENT TERMS SHEET DUE TO DEFENDANTS' FRAUD AND FAILURE TO DELIVER THE ASSETS COVERED BY THE TERMS SHEET OR FOR ALTERNATIVE RELIEF AND FOR AN AWARD OF ATTORNEYS' FEES | 397 |
|  | 91 | DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO SET ASIDE BINDING SETTLEMENT TERMS   SHEET | 406 |
| 06/23/2021 | 87 | PLAINTIFF'S MOTION TO SET ASIDE THE BINDING SETTLEMENT TERMS SHEET DUE TO DEFENDANTS' FRAUD AND FAILURE TO DELIVER THE ASSETS COVERED BY THE TERMS SHEET OR FOR ALTERNATIVE RELIEF AND FOR AN AWARD OF ATTORNEYS' FEES | 422 |
| 06/23/2021 | 87-2 | DECLARATION OF M. DANTON RICHARDSON IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S MOTION TO SET ASIDE THE BINDING SETTLEMENT TERMS SHEET DUE TO DEFENDANTS' FRAUD AND FAILURE TO DELIVER THE ASSETS COVERED BY THE TERMS SHEET OR FOR ALTERNATIVE RELIEF AND FOR AN AWARD OF ATTORNEYS' FEES | 438 |

| DATE FILED | USDC Docket No. | DESCRIPTION | PAGE NO. |
|---|---|---|---|
| 06/23/2021 | 87-1 | DECLARATION OF MATTHEW SCOTT IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF LITTLE ORBIT LLC'S MOTION TO SET ASIDE THE BINDING SETTLEMENT TERMS SHEET DUE TO DEFENDANTS' FRAUD AND FAILURE TO DELIVER THE ASSETS COVERED BY THE TERMS SHEET OR FOR ALTERNATIVE RELIEF AND FOR AN AWARD OF ATTORNEYS' FEES | 445 |
| 11/17/2020 | 48-1 | SETTLEMENT TERMS | 484 |
| 11/12/2021 | | CERTIFICATE OF ELECTRONIC FILING | 488 |
| | | | |