| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | NOV 24 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

LITTLE ORBIT LLC, a California Limited Liability Company,

    Plaintiff - Appellant,

 v.

DESCENDENT STUDIOS, INC., a Texas corporation, and ERIC PETERSON, an individual,

    Defendants - Appellees.

No. 21-55852

D.C. No. 8:20-cv-00089-DOC-JDE
U.S. District Court for Central California, Santa Ana

**ORDER**

This case is RELEASED from the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeal is pending.

                      FOR THE COURT:

                      Kyungah Suk

cl/mediation               Circuit Mediator