Appeal No. 21-55852

_____

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
_____

LITTLE ORBIT, LLC
Plaintiff – Appellant,

vs.

DESCENDENT STUDIOS INC. and ERIC PETERSON,
Defendants – Appellees

_____

On Appeal from the United States District Court for the Central District of
California
Civil Action No. 8:20-cv-00089-DOC-JDE, Hon. David O. Carter, Judge

_____

## APPELLANT'S MOTION TO FILE CONFIDENTIAL SETTLEMENT
## INFORMATION IN OPENING BRIEF
## UNDER SEAL PURSUANT TO NINTH CIR. R. 27-13
_____

M. DANTON RICHARDSON (State Bar No. 141709)
mdantonrichardson@yahoo.com
LAW OFFICES OF M. DANTON RICHARDSON
131 N. El Molino Ave., Suite 310
Pasadena, CA 91101
Telephone: (949) 677-6434

Attorneys for Plaintiff/Appellant, LITTLE ORBIT LLC

## MOTION TO FILE CONFIDENTIAL SETTLEMENT INFORMATION UNDER SEAL PURUSANT TO NINTH CIR. R. 27-13

Appellant LITTLE ORBIT LLC respectfully requests the Court to allow documents filed under seal in the District Court to be filed under seal in this action. This appeal concerns a July 27, 2021, Order by the District Court addressing a Binding Settlement Terms Sheet ("BSTS") entered into between the parties and filed under seal by the District Court. That agreement is confidential and portions of the at issue Motions were similarly filed under seal in the District Court to protect the financial terms of such settlement.

Allowing documents referring to the financial terms of the BSTS to be filed under seal is necessary to protect the confidentiality of the BSTS and the financial information contained therein. Appellant will file in the public record redacted versions of any document referring to the confidential settlement information that only omits the financial terms of such agreement so that only that limited information is omitted from the public record.

DATED: November 12, 2021     **LAW OFFICES OF M. DANTON RICHARDSON**

By:    /s/ M. Danton Richardson
            M Danton Richardson

***Attorney for Plaintiff/Appellant,***
LITTLE ORBIT LLC

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system. Counsel in this case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ M. Danton Richardson
M. Danton Richardson
Attorney for Plaintiff/Appellant
Little Orbit LLC