| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | DEC 20 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

LITTLE ORBIT LLC, a California Limited Liability Company,

        Plaintiff-Appellant,

 v.

DESCENDENT STUDIOS, INC., a Texas corporation; ERIC PETERSON, an individual,

        Defendants-Appellees.

No. 21-55852

D.C. No. 8:20-cv-00089-DOC-JDE
Central District of California, Santa Ana

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's unopposed motion to file under seal Volume 4 of the excerpts of record and portions of the opening brief (Docket Entry No. 27) is granted. The Clerk will file publicly the motion to seal (Docket Entry No. 27-1), the redacted opening brief (Docket Entry No. 28), and Volumes 1 through 3 of the excerpts of record (Docket Entry No. 29). The Clerk will file under seal the unredacted opening brief and Volume 4 of the excerpts of record (Docket Entry Nos. 27-2, 27-3).

The existing briefing schedule remains in effect.

MKS/Appellate Commissioner