UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LITTLE ORBIT LLC<br><br>    Plaintiff - Appellant,<br><br>  v.<br>DESCENDENT STUDIOS, INC. AND ERIC PETERSON,<br><br>    Defendant - Appellee. | 9th Cir. No. 21-55852<br><br>STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL |

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: Jan 10, 2022

/s/ M. Danton Richardson
Attorney for Appellant

/s/ Michael C. Whitticar
Attorney for Appellee

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system. Counsel in this case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

<u>/s/ M. Danton Richardson</u>
M. Danton Richardson
Attorney for Plaintiff/Appellant
Little Orbit LLC