

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LITTLE ORBIT LLC, a California Limited Liability Company, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> DESCENDENT STUDIOS, INC., a Texas corporation; ERIC PETERSON, an individual, <br><br> Defendants-Appellees. | No. 21-55852 <br><br> D.C. No. 8:20-cv-00089-DOC-JDE <br> Central District of California, Santa Ana <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 39), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Kyungah Suk
Circuit Mediator

Mediation